UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-13-008-WFN-55 |
| Plaintiff, | ORDER MODIFYING DEFENDANT'S CONDITIONS OF RELEASE |
| vs. | |
| ANTOINETTE ARTHENA GAMBOA SANCHEZ, | |
| Defendant. | |

Pretrial Services has requested Defendant's release conditions, as set forth in the Central District of California, and modified in this District, be amended to include:

1. The Defendant shall participate in a mental health evaluation and any recommended treatment, if ordered by a U.S. Probation/Pretrial Services Officer.

Defense counsel and the Assistant United States Attorney do not oppose this modification.

**IT IS SO ORDERED.**

DATED August 28, 2013.

　　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER - 1